950

■ JEANETTE M. ZLOTLOW v. ISIDORE ZLOTLOW.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Breitel, J. P., Botein, Cox and Frank, JJ. [See *ante,* p. 821.]

■ In the Matter of SAMUEL G. GILBURT et al., Respondents, against ABRAHAM KROLL et al., Constituting the Board of Examiners of the Board of Education of the City of New York, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ. [See *ante,* p. 819.]

■ ADA AMOROSE v. ALEXANDER PRICE et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ. [See *ante,* p. 815.]

■ FOREST CITY MANUFACTURING CO. v. FRANK BERLIN.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Cox and Frank, JJ. [See *ante,* p. 872.]

■ In the Matter of WERNER WOLFF, Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent, and HENRY BERMAN, Intervenor-Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Botein, Rabin, Cox and Bergan, JJ. [See *ante,* p. 879.]

■ ARTHUR J. McQUADE, Acting Public Administrator of the County of New York, as Temporary Administrator of the Estate of OTTO CARSCH, Deceased, v. CONRAD SZTYKGOLD.— Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Cox and Frank, JJ. [See *ante,* p. 872.]

■ JULIUS ZUPAN v. HYMAN BLUMBERG et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Bastow, Rabin, Cox and Frank, JJ. [See *ante,* p. 203.]

■ 755 THIRD AVENUE REALTY CORP. v. CELIA LUSTIG.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Rabin and Bergan, JJ. [See *ante,* p. 348.]

■ In the Matter of EMPIRE STATE BUILDING CORPORATION, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York. [350 Fifth Ave., Borough of Manhattan.] — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ. [See *ante,* p. 770.]

■ FANNIE NEIDOFF et al. v. ABRAHAM YARMARK.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.